# Court of Appeals
# of the State of Georgia

ATLANTA,  September 02, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2147.  HENRY LEE BELL et al. v. RES-GA KAP, LLC.**

This case originated as a dispossessory proceeding in magistrate court.  After an adverse ruling, defendant Henry Lee Bell appealed the magistrate court's decision to the state court.  The state court granted judgment for the plaintiff, and Bell filed a document that the trial court construed as a notice of appeal to this Court. We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Bell was required to follow the discretionary appeal procedures to obtain review before this Court.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  His failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/02/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*